IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13 po 127 |
| Plaintiff | : | SHARON L. OVINGTON |
| v. | : | INFORMATION |
| JOSHUA JACKSON | : | 18 U.S.C. § 930(a) |
| Defendant | : | 18 U.S.C. §§ 7 & 13 |
| | : | O.R.C. § 2923.16(B) |
| | : | O.R.C. § 4510.11(A) |

-----

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about March 28, 2013, in the Southern District of Ohio, the Defendant, JOUSHA JACKSON, did knowingly possess or cause to be present a firearm within a Federal facility, to wit: Wright-Patterson Air Force Base.

In violation of 18 U.S.C. § 930(a).

COUNT 2

On or about March 28, 2013, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JOSHUA JACKSON, did knowingly transport or have a loaded firearm in a motor vehicle in such a manner that the firearm was accessible to the operator or any passenger without leaving the vehicle.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2923.16(B).

COUNT 3

On or about March 28, 2013, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, the Defendant, JOSHUA JACKSON, whose driver's license had been suspended, did operate a

motor vehicle upon the public roads and highways during the period of suspension.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4510.11(A).

CARTER M. STEWART
United States Attorney

LAURA I. CLEMMENS
Chief, Dayton Branch