CLERK'S OFFICE OF THE
**DISTRICT COURT OF THE UNITED STATES**
SOUTHERN DISTRICT OF OHIO
200 WEST SECOND ST., RM. 712
DAYTON, OHIO 45402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CERTIFIED MAIL
7000 0520 0012 9632 2188

UNCLAIMED

016H26506089
$06.31⁰
Mailed From 45402
09/16/2013
US POSTAGE
Hasler

Joshua Jackson
5006 Chandler Xing
Liberty Township, OH 45044

NIXIE    430  SE  1009    0010/05/13

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 45402147287    *1346-05613-16-41

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joshua Jackson
5006 Chandler Xing
Liberty Township,
OH 45044

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X

B. Received by (Printed Name)    C. Date of Delivery

□ Agent
□ Addressee

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
□ Certified Mail    □ Express Mail
□ Registered       □ Return Receipt for Merchandise
□ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
(Transfer from service label)    7000 0520 0012 9632 2188

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540